UNITED STATES BANKRUPTCY COURT
Eastern DISTRICT OF VIRGINIA
Richmond DIVISION

| | |
|---|---|
| IN RE: JUSTIN GLYNN FRENCH<br>Debtor<br>       Debtor(s) | BCN#: 11-31954\DOT<br>Chapter: 7 |

JPMORGAN CHASE BANK, LLC
or present noteholder,
    Movant/Secured Creditor,
v.
JUSTIN GLEN FRENCH
    Debtor(s)

and
LYNN L. TAVENNER
    Trustee
    Respondents

### ORDER GRANTING RELIEF FROM STAY

Upon consideration of the motion of JPMORGAN CHASE BANK, LLC to modify the automatic stay; it is

**ORDERED** that the automatic stay imposed by 11 U.S.C. §362 is modified to permit the movant and its successors and assigns to enforce the lien of its deed of trust as it pertains to the real property located at 41198 UPWIND CT, Avon, NC 27915, and is more particularly described as follows:

> BEING LOT NO. 1803, OF THE SUBDIVISION KNOWN AS KINNAKEET SHORES, PHASE 18, AS SHOWN ON A MAP PR PLAT THEREOF, MADE BY BISSELL PROFESSIONAL GROUP, ENGINEERS, PLANNERS, SURVEYORS AND ENVIRONMENTAL SPECIALISTS, DATED JONE 20, 2003, AND RECORDED IN PLAT CABINET F, SLIDES 48 THROUGH 49, PUBLIC REGISTRY OF DARE COUNTY, NORTH CAROLINA.

which relief shall extend to the purchaser at the foreclosure sale to allow the purchaser to take such action under state law, as may be necessary, to obtain possession of the property.

| | |
|---|---|
| _____ | _____ |
| Date | DOUGLAS O. TICE, JR. |
| | UNITED STATES BANKRUPTCY JUDGE |

Notice of Judgment or
Order Entered on Docket:_____

I ask for this:

/S/ TRENITA JACKSON STEWART
_____
TRENITA JACKSON STEWART, Esquire, Counsel for Movant

Seen & Agreed:

/S/ LYNN L. TAVENNER
_____
LYNN L. TAVENNER, Trustee

I certify that I have served the proposed Order upon all necessary parties to the action by first class mail, postage prepaid, on the 27th day of June, 2011.

/S/ TRENITA JACKSON STEWART
_____
TRENITA JACKSON STEWART, Esquire, Counsel for Movant

Copies are to be sent to:

SHAPIRO & BURSON, LLP
236 CLEARFIELD AVENUE, SUITE 215
VIRGINIA BEACH, VA 23462

JUSTIN GLEN FRENCH
330 OAK LANE
Richmond, VA 23226

LYNN L. TAVENNER
20 N. EIGHTH STREET, 2ND FLOOR
RICHMOND, VA 23219

WILLIAM R. BALDWIN, III
5600 GROVE AVENUE
Richmond, VA 23226

11-218424V

## CERTIFICATION

The undersigned certifies that the foregoing Order Granting Relief from Stay is identical to the form order required by Administrative Order 10-2 and that no modifications, additions, or deletions have been made.

/S/ TRENITA JACKSON STEWART

Attorney for Movant